*In re* FUNDACIÓN FACULTAD DE DERECHO EUGENIO MARÍA DE HOSTOS.

*Número:* MC-96-25          *Resuelto:* 12 de marzo de 2004

## RESOLUCIÓN

Examinado el Informe del Comité de Evaluación en torno a la petición de la Fundación Facultad de Derecho Eugenio María de Hostos (FFDEMH) para que sus estudiantes del Programa Clínico provean asistencia legal supervisada en conformidad con la Regla 12(f) del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-A, se autoriza dicha solicitud sujeta a las condiciones dispuestas en dicha regla. Esta autorización está condicionada, además, a que la FFDEMH cumpla rigurosamente con las condiciones establecidas en nuestra Resolución de 27 de junio de 2003 que, a su vez, fueron incorporadas al Memorando de Entendimiento que fue posteriormente suscrito por los miembros de la Junta de Síndicos de la FFDEMH.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Fuster Berlingeri y Rivera Pérez no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*